*[Handwritten: Granted. Karen L. Litkovitz 1/20/15]*

# UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **HEATHER SIZEMORE** on behalf of C.J. | ) ) ) | Civil Action No.: 1:13-cv-00521 |
| Plaintiff, | ) ) ) | Magistrate Judge Karen L. Litkovitz |
| v. | ) ) ) | **DEFENDANT'S MOTION TO STRIKE DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY FEES** |
| **CAROLYN W. COLVIN** Acting Commissioner of Social Security, Defendant. | ) ) ) ) | |

Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, by and through undersigned counsel, petitions the Court to strike the document entitled Defendant's Response to Plaintiff's Motion for Attorney Fees, document # 25, as it was filed in error.

WHEREFORE, the Commissioner prays that this Court grant her motion to strike.

Respectfully submitted,

CARTER M. STEWART
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF OHIO

**s/ Kiywhanna Kellup**
Kiywhanna Kellup
Special Assistant United States Attorney
200 West Adams Street, 30th Floor
Chicago, IL 60606
Tel: (877) 800-7578, ext. 19135
Fax: (312) 886-4754
E-mail: kiywhanna.kellup@ssa.gov